UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| EPHRAIM SMITH, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>*Acting Commissioner of Social Security,* )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 4:15-CV-175-RN |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Smith's Motion for Judgment on the Pleadings, DENIES Colvin's Motion for Judgment on the Pleadings, and REMANDS the matter to the Commissioner for further consideration.**

This Judgment Filed and Entered on January 3, 2017 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

Date: January 3, 2017     JULIE RICHARDS JOHNSTON, CLERK

_Lauren Herrmann_
Lauren Herrmann, Deputy Clerk